In the Matter of K.L., Appellant. GLENN MARTIN, Respondent; ATTORNEY GENERAL OF STATE OF NEW YORK, Intervenor-Respondent.

Submitted September 22, 2003; decided November 20, 2003

Motion by New York Lawyers for the Public Interest, Inc., et al. for leave to file a brief amici curiae on the appeal herein granted. Three copies of a brief may be served and 20 copies filed within 30 days.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL CALABRIA, Appellant.

Submitted November 17, 2003; decided November 20, 2003

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICIO LINARES, Appellant.

Submitted November 10, 2003; decided November 20, 2003

Motion for assignment of counsel granted and Laura Johnson, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.